In accordance with this precedent, we find that the ACCA is constitutional as applied to Jones.

## III.

For all the reasons set forth above, we affirm the sentence imposed by the district court.

argument of the parties, and upon due consideration thereof,

The court finds that no prejudicial error intervened in the judgment and proceedings in the district court, and it is therefore ORDERED that said judgment be and it hereby is affirmed.

**UNITED STATES of America Plaintiff—Appellee,**

v.

**John Albert LANKFORD Defendant— Appellant.**

No. 98–5964.

United States Court of Appeals, Sixth Circuit.

Dec. 4, 2002.

Before GUY and BOGGS, Circuit Judges; and EDMUNDS, District Judge.*

### ORDER

This cause having come on to be heard upon the record, the briefs and the oral

**Kevin B. GUNNELL, Plaintiff– Appellant,**

v.

**Bob TAFT, et al., Defendants– Appellees.**

No. 02–3498.

United States Court of Appeals, Sixth Circuit.

Dec. 5, 2002.

Before RALPH B. GUY, JR. and BOGGS, Circuit Judges; and EDMUNDS, District Judge.*

### ORDER

Kevin B. Gunnell, an Ohio state prisoner, moves for a default judgment and appeals pro se a district court order dismiss-

---

* The Honorable Nancy G. Edmunds, United States District Judge for the Eastern District of Michigan, sitting by designation.

* The Honorable Nancy G. Edmunds, United States District Judge for the Eastern District of Michigan, sitting by designation.